# United States District Court
## Violation Notice

CS-1

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7217601 | MAYNOR | 5126 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 9/18/2022 2151 | TITLE 18 7/13 |

Place of Offense: GATES MCRD SD

Offense Description: Factual Basis for Charge    HAZMAT ☐

DRIVERS LICENSE SUSPENDED DUI
CVC 14601.2(A)

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| FLOREZ | RUDOLPH | J |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 8KLW401 | CA | 20A | HYUNDAI | | BLACK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 333 WEST BROADWAY SAN DIEGO CA 92101

X Defendant Signature: [signature]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 18 SEPTEMBER 20 22 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/18/2022   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident